SEAN P. HEALY, SB# 018393
Sean.Healy@lewisbrisbois.com
KRISTIAN E. NELSON, SB# 025111
Kristian.Nelson@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Firm email: azdocketing@lewisbrisbois.com
Attorneys for Burri Law, P.A. and Dean Burri

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| BYZANTINE CATHOLIC EPARCHY OF PHOENIX, an Arizona corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BURRI LAW, P.A., a Florida professional association; DEAN ALLEN BURRI, a Florida resident,<br><br>Defendants. | No. _____<br><br><br><br>**NOTICE OF REMOVAL**<br><br>**(Honorable _____)** |

Pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and Local Rule 3.6, Local Rules of the United States District Court for the District of Arizona, Defendants Burri Law, P.A. and Dean Allen Burri, hereby give notice of the removal of the above-captioned case from the Superior Court of the State of Arizona, in and for the County of Maricopa, to the United States District Court for the District of Arizona, Phoenix Division, and in support thereof respectfully assert:

1. On January 31, 2020, Plaintiff filed a Complaint in the matter of *Byzantine Catholic Eparchy of Phoenix v. Burri Law, P.A.; Dean Allen Burri,* in the Superior Court of the

4829-9221-7530.1

LEWIS BRISBOIS BISGAARD & SMITH LLP

State of Arizona, in and for the County of Maricopa, Case No. CV2020-001532. *See* Complaint, attached hereto as **Exhibit "A."**

2. Plaintiff mailed filed copies of the Summons, Complaint, Certificate of Compulsory Arbitration, and Demand for Jury Trial to Defendants at their place of business and home on March 23, 2020. Copies of the Summons, Certificate of Compulsory Arbitration, and Demand for Jury Trial are attached hereto as **Exhibit "B."**

3. Plaintiff Byzantine Catholic Eparchy of Phoenix is an Arizona corporation domiciled in the State of Arizona with its principal place of business at 8131 North 16th Street, Phoenix, Arizona, 85020. *See* **Exhibit "A" at ¶2; Exhibit "C."**

4. Defendant Burri Law, P.A., is a law firm formed as a professional association and domiciled in the State of Florida, with its principal place of business in Palm Harbor, Florida. *See* **Exhibits "A" at ¶¶2, 7.**

5. Defendant Dean Allen Burri is a licensed Florida attorney who resides in Sunny Isles Beach, Florida. *See* **Exhibit "A" at ¶7.**

6. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332, and this action may be removed pursuant to 28 U.S.C. § 1441(b), because it is a civil action between parties with complete diversity of citizenship and the amount in controversy, exclusive of interest and costs, exceeds the jurisdictional minimum of $75,000.

7. The Complaint seeks recovery under theories of attorney malpractice, violation of Arizona's Consumer Fraud Act (A.R.S. § 44-1521 et. seq.), declaratory relief, and breach of contract. See **Exhibit "A."** Plaintiff seeks recovery for alleged damages related to Defendants' representation of Plaintiff in the matter of *Byzantine Catholic*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*Eparchy of Phoenix v. Employee Benefit Services, Inc. et. al*., filed in the United States District Court for the District of Arizona, Case 2:18-cv-01288-GMS. *See* **Exhibit "A" at ¶4**.

8. The total amount in controversy is in excess of $300,000, *see* **Exhibit "A" at ¶54**, thus exceeding the amount in controversy requirement for purposes of removal.

9. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) because it is being filed within thirty (30) days after receipt of the Complaint by Defendants, which occurred on March 23, 2020.

10. Pursuant to 28 U.S.C. § 1446(a) and LR Civ. 3.6, undersigned counsel hereby certifies that **Exhibits "A"** and **"B"** attached hereto include true and complete copies of all documents filed in the Superior Court of the State of Arizona, in and for the County of Maricopa.

11. A Notification of Filing Notice of Removal in Federal Court in the form attached as **Exhibit "D"** shall be filed in Superior Court of the State of Arizona, in and for the County of Maricopa pursuant to 28 U.S.C. § 1446(d) and served upon counsel for Plaintiff.

WHEREFORE, Defendants respectfully request that the above-referenced action now pending against them in the Superior Court for the State of Arizona for the County of Maricopa be removed to the United States District Court for the District of Arizona.

/../../

/../../

/../../

4829-9221-7530.1

3

LEWIS BRISBOIS BISGAARD & SMITH LLP

DATED this 21st day of April, 2020.

          **LEWIS BRISBOIS BISGAARD & SMITH LLP**

        By */s/ Kristian E. Nelson*
          Sean P. Healy
          Kristian E. Nelson
          *Attorneys for Burri Law, P.A., and*
          *Dean Allen Burri*

### CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following EM/ECF registrants:

Paul Gerding, Jr., Esq.
Marc Lieberman, Esq.
Jeffrey Giancana, Esq.
KUTAK ROCK LLP
8601 North Scottsdale Road, Suite 300
Scottsdale, Arizona 85253-2742
paul.gerdingjr@kutakrock.com
marc.lieberman@kutakrock.com
Jeffrey.giancana@kutakrock.com
*Attorneys for Plaintiff*

*/s/ DC Hatheway*

4829-9221-7530.1

4